```
                                    8 6 1 5 0 4 3
                                    Tx:4279495
                                    10/29/2015 3:45:00 PM

                                    2015-0041902
                                    FILED/SEALED FOR RECORD IN
                                    OTTAWA COUNTY, MI
                                    JUSTIN F. ROEBUCK
                                    COUNTY CLERK/REGISTER OF DEEDS
                                    10/29/2015 AT 3:45 PM
                                    QUIT CLAIM DEED 20.00
```

# QUITCLAIM DEED
## Under MCLA 565.152

This QUITCLAIM DEED, executed on this 29th day of October, 2015, by the grantor:

Kevin John Grimm (Husband) married
[REDACTED] Street, Polkton Township, Michigan 49404
Coopersvill MI 49404

for consideration in the sum of: 0.00

WITNESSETH that the grantor quitclaims to the grantee:

Tammara Marie Wichlacz (wife) married
[REDACTED] (Polkton township) michigan, 49404
Coopersville MI 49404

all that real property situated in the municipality of Polkton Township in Ottawa County, Michigan, more particularly described as:

See attached page for Parcel/Tax description
For property with Parcel # 70-09-08-200-048
             # 70-09-05-400-022
             # 70-09-05-400-023

Address: [REDACTED], Coopersville MI 49404
Parcel ID: 70-09-05-400-023, 70-09-08-200-048, 70-09-05-400-022
Source of title:

Deeds.com Uniform Conveyancing Blanks

Redacted Pursuant to Fed. R. Crim. P. 49.1    **Gov. Exhibit 3**

Signed, sealed and delivered on the date above, in the presence of:

_____
Signature  _Kevin John Grimm_
Print name
Capacity: _Grantor_

_____
Signature
Print name
Capacity: _____

_____
Signature
Print name
Capacity: _____

_____
Signature
Print name
Capacity: _____

Construe all terms with the appropriate gender and quantity required by the sense of this deed.

## ACKNOWLEDGMENT

STATE OF _Michigan_ )
COUNTY OF _Ottawa_ )

The foregoing instrument was acknowledged before me this _29th_ day of _October_, 20_15_, by _Kevin John Grimm_.

LAURA DEAL
Notary Public, State of Michigan
County of Ottawa
My Commission Expires Feb. 20, 2021
Acting in the County of Ottawa

_Laura Deal_
Notary Public
_Laura Deal_
Print name
Acting in _Ottawa_ County, _MI_
My commission expires: _2/20/21_

After recording, please return to:

This instrument was prepared by:

KEVIN GRIMM

COOPERSVILLE, MI 49404

Deeds.com Uniform Conveyancing Blanks

Kevin J. G———
[redacted]
Coopersville MI 49404

Parcel # 70-09-08-200-048

**Tax Description**

PART OF NE 1/4 COM S 89D 59M 45S W 568.5 FT FROM NE SEC COR, TH S 02D 09M 50S E 488.66 FT, TH NW'LY 101.74 FT ALG A 1544.83 FT RAD CURVE TO RT (CHD BEARS N 81D 37M 11S W 101.72 FT), TH N 02D 09M 50S W 473.82 FT TO N SEC LI, TH N 89D 59M 45S E TO BEG. SEC 8 T7N R14W

Parcel # 70-09-05-400-022

**Tax Description**

PART OF SE 1/4 COM S 89D 42M 45S W 1340.64 FT & S 02D 22M 24S E 2099.7 FT FROM E 1/4 COR, TH N 87D 52M 48S E 537.55 FT, S 11D 27M 13S E 612.23 FT, S 89D 59M 45S W 634.71 FT, TH N 02D 22M 24S W 580.69 FT TO BEG. SEC 5 T7N R14W 8 AC.

**Tax Description** Parcel # 70-09-05-400-023

PART OF E 1/2 OF SE 1/4 COM E 1/4 COR, TH S 02D 17M 36S E 2103.16 FT, S 49D 47M 23S W 719.71 FT, S 02D 10M 04S E 118.72 FT TO S SEC LI, S 89D 59M 45S W TO A PT N 89D 59M 45S E 634.71 FT FROM W LI OF E 1/2 OF SE 1/4, N 11D 27M 13S W 612.23 FT, S 87D 52M 48S W 537.55 FT, N 02D 22M 24S W 2099.7 FT, TH N 89D 42M 45S E 1340.64 FT TO BEG. SEC 5 T7N R14W